**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| ERNEST LEE, | ) | |
|           Plaintiff, | ) | |
| vs. | ) | No. 1:15-CV-0213-P-BL |
| | ) | |
| STATE FARM FIRE | ) | |
| AND CASUALTY INSURANCE, | ) | |
|           Defendant. | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

On February 2, 2016, the assigned Magistrate Judge issued a Report and Recommendation ("R&R") (doc. 13) in which he recommends that the Court administratively close this action instead of abating it as jointly requested by the parties in their Joint Motion to Abate Pending Outcome of Appraisal (doc. 12). No party has filed an objection to the recommendation. After reviewing the relevant filings, including the R&R, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. Accordingly, the Court **ACCEPTS** the R&R (doc. 13) and directs the Clerk of Court to administratively close this action. The Court has made no determination as to the merits of the case and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings. Given the administrative closure of this case in lieu of the requested abatement, the Court finds the Joint Motion to Abate Pending Outcome of Appraisal (doc. 12) **MOOT**.

**SIGNED this 29th day of March, 2016.**

                                            _____
                                            **JORGE A. SOLIS**
                                            **UNITED STATES DISTRICT JUDGE**