IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **ERNEST LEE** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | **CIVIL ACTION** |
| **V.** | § | **NO. 1:15-cv-00213-P** |
| | § | |
| **STATE FARM LLOYDS** | § | **JURY DEMAND** |
| | § | |
|     **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ernest Lee and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant State Farm Lloyds are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 17th day of October 2017.

Respectfully submitted,

*/s/ Scott G. Hunziker*
Bill L. Voss
State Bar No.: 24047043
Scott G. Hunziker
State Bar No.: 24032446
**THE VOSS LAW FIRM, P.C.**
The Voss Law Center
26619 I-45 S.
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Email: bill.voss@vosslawfirm.com
        scott@vosslawfirm.com
**COUNSEL FOR PLAINTIFF**
*signed with permission

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1**

2843033v1
10578.195

and

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No.: 24029862
Adrienne H. Nelson
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
anelson@thompsoncoe.com
**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of October 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing:*
Bill L. Voss
Scott G. Hunziker
**THE VOSS LAW FIRM, P.C.**
The Voss Law Center
26619 I-45 S.
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Email: bill.voss@vosslawfirm.com
scott@vosslawfirm.com

*/s/ Adrienne H. Nelson*
Adrienne H. Nelson