IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ERNEST LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY INSURANCE, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:15-CV-213-C-BL |

### AGREED ORDER OF DISMISSAL

The Court having considered the parties' Joint Stipulation of Dismissal With Prejudice, filed October 17, 2017,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring same.

SO ORDERED this 19th day of October, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE